**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BENJAMIN FRANKLIN
FRANCHISING, LLC,

    Plaintiff,

v.                                                    Case No: 8:14-cv-1209-T-30AEP

ON TIME PLUMBERS, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #51). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of May, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record